

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2019

No. 04-19-00190-CR

Joshua **MOLINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0078
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Because it appeared the notice of appeal was potentially untimely filed, we ordered appellant to show cause in writing by May 1, 2019, why this appeal should not be dismissed for lack of jurisdiction. Appellant responded the notice of appeal was timely handed to the prison authorities for mailing. *See Warner v. Glass*, 135 S.W.3d 681, 685–86 (Tex. 2004) ("Because a pro se inmate must rely on prison authorities, the Court held that the notice of appeal was deemed filed when the inmate handed it over to the prison authorities for forwarding to the court clerk."). Accordingly, we deem the notice of appeal timely filed and retain the appeal on the docket of this court.

Pending before the court is a notification of late record filed by the court reporter requesting an extension of time to file the reporter's record. The request is GRANTED. The reporter's record must be filed in this appeal no later than May 4, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court